Abraham J. Colman (SBN 146933)
acolman@reedsmith.com
Felicia Y. Yu (SBN 193316)
fyu@reedsmith.com
Raymond Y .Kim (SBN 251210)
rkim@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

Attorneys for Defendant
SANTANDER CONSUMER USA, INC.

FILED

2013 APR -8  PM 4: 16

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS VITRANO AND BELINDA VITRANO, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SANTANDER CONSUMER USA, INC., and DOES 1 through 50, inclusive,<br>Defendants. | CLASS ACTION<br><br>Case No. **CV 13-02492**-DMG (JCGx)<br><br>[Removal from Superior Court of California, County of Los Angeles, Case No. BC501682]<br><br>**CORPORATE DISCLOSURE STATEMENT**<br><br>[Filed concurrently with<br>1. Notice of Interested Parties;<br>2. Notice of Removal;<br>3. Declaration of Erica Barton;<br>4. Notice of Related Cases; and<br>5. Civil Case Cover Sheet.]<br><br>Fed. R. Civ. Proc. 7.1 |

TO THE CLERK OF THE CENTRAL DISTRICT COURT OF CALIFORNIA AND TO PLAINTIFFS AND THEIR COUNSEL OF RECORD:

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Santander Consumer USA, Inc. ("Santander") hereby states that it is a wholly owned subsidiary of Santander Holdings, USA, a publicly traded company.

DATED: April 8, 2013          REED SMITH LLP

By: /s/ Raymond Y. Kim
Raymond Y. Kim
Attorneys for Defendant
Santander Consumer USA, Inc.

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is REED SMITH LLP, 355 South Grand Avenue, Suite 2900, Los Angeles, CA 90071. On April 8, 2013 I served the following document(s) by the method indicated below:

**CORPORATE DISCLOSURE STATEMENT**

☐ by transmitting via facsimile on this date from fax number 213.457.8080 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 p.m. and was reported complete and without error. Service by fax was ordered by the Court. The transmitting fax machine complies with Cal.R.Ct 2003(3).

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☐ by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below. A copy of the consignment slip is attached to this proof of service.

☐ by emailing the document(s) listed above to the person(s) at the address(es) set forth below.

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on April 8, 2013, at Los Angeles, California.

*Patty Keen*
Patty Keen

PROOF OF SERVICE

# SERVICE LIST

Bryan Kemnitzer          E-Mail: bryan@kbklegal.com
Nancy Barron          E-Mail: nancy@kbklegal.com
Elliot Conn          E-Mail: Elliot@kbklegal.com
KEMNITZER, BARRON & KRIEG, LLP
445 Bush Street, 6th Floor
San Francisco, CA 94108
Telephone: (415) 632-1900
Facsimile:   (415) 632-1901
**ATTORNEY FOR PLAINTIFFS AND THE PUTATIVE CLASS**