1  Abraham J. Colman (SBN 146933)
   acolman@reedsmith.com
2  Felicia Y. Yu (SBN 193316)
   fyu@reedsmith.com
3  Raymond Y. Kim (SBN 251210)
   rkim@reedsmith.com
4  REED SMITH LLP
   355 South Grand Avenue, Suite 2900
5  Los Angeles, CA 90071-1514
   Telephone: +1 213 457 8000
6  Facsimile:  +1 213 457 8080

7  Attorneys for Defendant
   SANTANDER CONSUMER USA, INC.

FILED

2013 APR -8 PM 4:17

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS VITRANO AND BELINA VITRANO, on behalf of themselves, and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SANTANDER CONSUMER USA, INC.; and DOES 1 through 50, inclusive,<br><br>Defendants. | CLASS ACTION<br><br>Case No.: CV13-02492-DMG (JCGx)<br><br>[Removal from Superior Court of California, County of Los Angeles, Case No. BC501682]<br><br>**DECLARATION OF ERICA BARTON IN SUPPORT OF NOTICE OF REMOVAL**<br><br>[Filed concurrently with<br>1. Notice of Interested Parties;<br>2. Notice of Related Cases;<br>3. Notice of Removal;<br>4. Corporate Disclosure Statement; and<br>5. Civil Case Cover Sheet.] |

# DECLARATION OF ERICA BARTON

I, Erica Barton, declare:

1. I am employed as a Director of Operational Analytics by Defendant Santander Consumer USA, Inc. ("Santander"). I have personal knowledge of the facts contained in this declaration and if called upon to do so, could and would competently testify to the facts in this declaration.

2. Santander is a corporation incorporated under the laws of Illinois, and is headquartered in Dallas, Texas.

3. I have access to Santander's records and files relating to conditional sales contracts entered into by consumers for the purchase and finance of motor vehicles that were assigned to Santander (the "Auto Loans"). Included in these records and files is information relating to the dates of Notices of Intention to Dispose of Motor Vehicle ("NOI") sent to consumers in California following repossession of their motor vehicles, as well as account information such as payment history and outstanding balances on the Auto Loans following repossession.

4. The data concerning these Auto Loans is collected, stored, and maintained in records and files maintained by Santander. Some of this data is maintained in electronic format and can be compiled using certain search criteria. The data concerning the Auto Loans are business records and were made in the regular course of business according to the regular practice of Santander at or near the time of the acts, conditions or events described in the documents, by or from information provided by a person with knowledge of the acts, conditions or events.

5. In my position as a Director of Operational Analytics, I have access to Santander's records and file of account information for Auto Loans. In April 2013, pursuant to the class definition outlined in Plaintiffs Thomas Vitrano and Belinda Vitrano's ("Plaintiffs") Complaint, I searched for and identified Santander's

California customers who fall within the following class definition:

    a. all persons who purchased a vehicle in California pursuant to a conditional sale contract;

    b. received an NOI from Santander;

    c. to an address in California;

    d. at any time since July 1, 2011 to the present; and

    e. who were assessed a deficiency balance following the disposition of the vehicle.

6. Based on my research and investigation, I discovered a total of approximately twelve thousand, six hundred (12,600) individuals who meet the criteria definition of the proposed class. The total amount of deficiencies collected from these individuals is approximately four hundred and fifty thousand dollars ($450,000). The total aggregate deficiency balance of these putative class members' accounts is approximately seventy-four million dollars ($74,000,000.00).

I declare under penalty of perjury under the laws of the California and the United States that the foregoing is true and correct.

Executed on April 5, 2013 at Dallas, Texas.

*Erica Barton* (signature)
Erica Barton

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is REED SMITH LLP, 355 South Grand Avenue, Suite 2900, Los Angeles, CA 90071. On April 8, 2013 I served the following document(s) by the method indicated below:

**DECLARATION OF ERICA BARTON IN SUPPORT OF NOTICE OF REMOVAL**

- ☐ by transmitting via facsimile on this date from fax number 213.457.8080 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 p.m. and was reported complete and without error. Service by fax was ordered by the Court. The transmitting fax machine complies with Cal.R.Ct 2003(3).

- ☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

- ☐ by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly.

- ☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

- ☐ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below. A copy of the consignment slip is attached to this proof of service.

- ☐ by emailing the document(s) listed above to the person(s) at the address(es) set forth below.

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on April 8, 2013, at Los Angeles, California.

*/s/ Patty Keen*
Patty Keen

# SERVICE LIST

Bryan Kemnitzer  E-Mail: bryan@kbklegal.com
Nancy Barron  E-Mail: nancy@kbklegal.com
Elliot Conn  E-Mail: Elliot@kbklegal.com
KEMNITZER, BARRON & KRIEG, LLP
445 Bush Street, 6th Floor
San Francisco, CA 94108
Telephone: (415) 632-1900
Facsimile: (415) 632-1901
**ATTORNEY FOR PLAINTIFFS AND THE PUTATIVE CLASS**